Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436
Tel: 818-907-2030
Stuart@pricelawgroup.com
Attorney for Plaintiff,
Raymond E. Gonzales

# UNITED STATES DISTRICT COURT
## CENTAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| RAYMOND E GONZALES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>　　　　Defendant. | **Case No.: 2:15-cv-3909-PA-FFM**<br><br><br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Raymond Gonzales, by and through his attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against defendant, Bank of America, N.A.

Dated: August 13, 2015 　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　By:*/s/ Stuart Price*
　　　　　　　　　　　　　　　　　　Stuart Price, Esq.
　　　　　　　　　　　　　　　　　　Stuart@pricelawgroup.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　Raymond E. Gonzales